**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CRIMINAL DOCKET NO. 5:15CR77-RLV**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | **AMENDED** |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **IRVING R. RODRIGUEZ-MUNGUIA,** | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

     **THIS MATTER** is before the Court upon Defendant's Unopposed Motion to Continue Docket Call from the May 2, 2016, criminal term, in the Statesville Division.

     For the reasons stated in the Defendant's Motion and upon a showing that defense counsel has not had sufficient time within which to adequately prepare in this case, taking into account the exercise of due diligence, the Court will allow the continuance.  **18 U.S.C. § 3161(h)(8)(B)(iv).**  The Court further finds that the ends of justice served by taking such action as requested by the Defendant outweigh the best interest of the public and the Defendant to a speedy trial.

     **IT IS, THEREFORE, ORDERED** that the Defendant's Motion for a continuance is **GRANTED**. This case is hereby continued from the May 2, 2016, criminal term in the Statesville Division to the July 18, 2016, criminal term in the Statesville Division. Moreover, the Court has previously granted two other continuances in this case, and urge the parties to finalize any remainder issues, as this will be the final continuance granted in this matter.

Signed: April 11, 2016

*Richard L. Voorhees*

Richard L. Voorhees
United States District Judge